FILED

JUN 29 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:05cr146-A |
| v. | ) | [18 USC 922(g)(1)] |
| | ) | |
| WILLIAM KENT SALTER | ) | INDICTMENT |
| | ) | |

The Grand Jury charges:

## COUNT 1

On or about the 8th day of August, 2004, in Montgomery, Alabama, within the Middle

District of Alabama,

WILLIAM KENT SALTER,

defendant herein, having been convicted on or about April 19, 1989, in the Circuit Court of

Montgomery County, Alabama of Manslaughter, Case Number CC-88-2184, a felony under the laws

of the State of Alabama, for which he was sentenced to serve 15 years in the State Penitentiary, did

thereafter knowingly possess in and affecting commerce, a firearm, that is; an Armi Fratelli, Model

BTA 90, 9mm Pistol, Serial Number G133366, in violation of Title 18, United States Code, Section

922(g)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Kent B. Brunson
Assistant United States Attorney