≈AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__    District of    __ALABAMA__

UNITED STATES OF AMERICA

V.
WILLIAM KENT SALTER
116 CROMWELL STREET
MONTGOMERY, AL

**WARRANT FOR ARREST**

Case    2:05CR146-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to __WILLIAM KENT SALTER__
                                                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| x Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

CONVICTED FELON IN POSSESSION OF FIREARMS (1 count)

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

DEBRA P. HACKETT
Name of Issuing Officer

BY: _[signature]_
Signature of Issuing Officer

CLERK
Title of Issuing Officer - CLERK

JUL - 1 2005    MONTGOMERY, AL
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |