**COURTROOM DEPUTY'S MINUTES**        **MIDDLE DISTRICT OF ALABAMA**

---------------------------------------------------------------------------------------------------------------

√ **INITIAL APPEARANCE**                **DATE: July 13, 2005**
❑ **BOND HEARING**
❑ **DETENTION HEARING**                **Digital Recording 3:00 – 3:08**
❑ **PRELIMINARY (EXAMINATION)(HEARING)**
❑ **REMOVAL HEARING (R.40)**
√ **ARRAIGNMENT**

---------------------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE:** Susan Russ Walker        **DEPUTY CLERK:** Joyce Taylor

**CASE NO. 2:05cr146-A**                **DEFENDANT NAME:** William Kent Salter

**AUSA: Kent Brunson**                **DEFT. ATTY:    Karl Nastrom**

                **Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( √ ) FPD**

**USPO/USPTS: Ron Thweatt**

**Interpreter needed: ( √ ) NO; ( )YES  Name:**

_____

| | |
|---|---|
| √ | Date of Arrest July 13, 2005 or ❑ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❑ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❑ | Panel Attorney Appointed; ❑ to be appointed - prepare voucher |
| ❑ | Deft. Advises he will retain counsel. Has retained _____ |
| ❑ | ❑ Government's ORAL  Motion for Detention Hrg. ❑ to be followed by written motion; ❑ Government's WRITTEN Motion for Detention Hrg. filed |
| ❑ | Detention Hearing ❑ held; ❑set for |
| ❑ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❑ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❑ | Release order entered.  Deft advised of conditions of release |
| ❑ | ❑ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❑ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √** | Bond not executed.  Defendant to remain in Marshal's custody |
| ❑ | Deft. ORDERED REMOVED to originating district |
| ❑ | Waiver of ❑ preliminary hearing; ❑ Waiver Rule 40 hearing |
| ❑ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered. ❑Set for |
| | DISCOVERY DISCLOSURE DATE:  July 15, 2005 |
| ❑ | WAIVER of Speedy Trial.  CRIMINAL TERM: August 29, 2005 |
| ❑ | NOTICE to retained Criminal Defense Attorney handed to counsel |

***** ***Defendant detained until USPTS can complete the report on defendant.  Ron Thweatt to contact Judge Coody on 7/14/05 as to whether or not detention hearing is necessary in this case.***