# COURTROOM DEPUTY MINUTES
# MIDDLE DISTRICT OF ALABAMA

**DATE: JULY 14, 2005**

**DIGITAL RECORDING: 3:35-3:37**

- ☐ INITIAL APPEARANCE
- ☒ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**        DEPUTY CLERK: **WANDA STINSON**

CASE NO.  **3:05CR146-A-CSC**              DEFT. NAME:  **WILLIAM KENT SALTER**

USA:  **KENT BRUNSON**                ATTY: **KEVIN BUTLER**

Type Counsel:  ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO
( ) Stand In ONLY

USPTSO/USPO: **RON THWEATT**

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES    NAME:_____

---

| | | |
|---|---|---|
| ☐kars. | Date of Arrest _____ or | ☐ karsr40 |
| ☐kia. | Deft. First Appearance. Advised of rights/charges.  ☐Pro/Sup Rel Violator | |
| ☐kcnsl. | Deft. First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| ☐ | Requests appointed Counsel    ☐ **ORAL MOTION for Appointment of Counsel** | |
| ☐kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| ☐koappted | **ORAL ORDER** appointing Community Defender Organization  -  **Notice to be filed.** | |
| ☐k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel.  Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐  To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐kdmhrg. | **Detention Hearing** ☐ held; ☐ set for _____ at _____ | |
| ☐kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☒kocondrls. | Release order entered.  Deft. advised of conditions of release | |
| ☒kbnd. | ☐**BOND EXECUTED** (M/D AL charges) $25,000____. Deft released (kloc LR) | |
| | ☐**BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| ☐kloc.(LC) | Bond **NOT** executed.  Deft to remain in Marshal's custody | |
| ☐ | Preliminary Hearing ☐ Set for _____ | |
| ☐ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐kwvprl. | Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds **PROBABLE CAUSE.**  Defendant bound over to the Grand Jury. | |
| ☐karr. | **ARRAIGNMENT** SET FOR: _____☐ HELD.  Plea of **NOT GUILTY** entered. | |
| | ☐Set for _____**Trial Term;** ☐ **PRETRIAL CONFERENCE DATE:** _____ | |
| | **DISCOVERY DISCLOSURES DATE:** _____ | |
| ☐krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel | |
| ☐krmvhrg. | Identity/Removal Hearing set for _____ | |
| ☐kwvspt | **Waiver of Speedy Trial Act Rights Executed** | |