**COURTROOM DEPUTY MINUTES**  DATE: AUGUST 9, 2005

**MIDDLE DISTRICT OF ALABAMA**  DIGITAL RECORDED: 1:04 – 1:06

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY   **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:05CR146-A-CSC   **DEFENDANT NAME:** WILLIAM K. SALTER

### APPEARANCES

**GOVERNMENT**   **DEFENDANT**

ATTY. KENT BRUNSON   ATTY. KELVIN BUTLER

☒ **DISCOVERY STATUS:** Complete

☒ **PENDING MOTION STATUS:** Defendant's Motion to Suppress. Hrg. set for 8/10/05 @ 10:00am.

☐ **PLEA STATUS:**

☒ **TRIAL STATUS:** 1 day to try case, if goes to trial

☐ **REMARKS:**