**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 2:05CR146-A** |
| | ) | |
| **WILLIAM KENT SALTER** | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on August 8, 2005 before the undersigned

Magistrate Judge.  Present at this conference was the Honorable Kevin Butler, counsel for

the defendant, and Assistant United States Attorney Kent Brunson, counsel for the

government.  As a result of the conference, it is

**ORDERED** as follows:

1.  Jury selection is set for **August 29, 2005**.   The trial of this case is set for the

trial term commencing on **August 29, 2005**  before Senior United States District Judge

W. Harold Albritton and is expected to last one day.

2.  The following motion is pending:  Defendant's Motion to Suppress.   An evidentiary

hearing on Defendant's Motion to Suppress is set for **August 1**0, **2005 at 10:00 a.m.**

3.  Proposed voir dire questions shall be filed on or before **August 22, 2005.**

Counsel should not include questions seeking information which is provided in the jury

questionnaire.

4.  All Motions in Limine shall be filed on or before **August 22, 2005**. Motions in

Limine must be accompanied by a brief.  Failure to file a brief will result in denial of the

motion.

5.  Proposed jury instructions shall be filed on or before **August 22, 2005.**

6. The last day on which the court will entertain a plea pursuant to Rule 11(c)

(1)(A) or (C) plea is **August 22, 2005.**  The government and defendant are informed that

if a defendant waits until the last minute to enter a plea, and if that plea, for whatever

reason, is not accepted by the court, the defendant and the government will be expected to

be prepared to go to trial on **August 29, 2005.**  The court will not continue the trial of this

case as to any defendant because a defendant's plea was not accepted.  In other words, the

defendant and the government should not wait until the last minute for a defendant to

enter a guilty plea, and both the defendant and the government should all be ready to go

to trial on **August 29, 2005**, as to all defendants, even though a particular guilty plea was

not accepted by the court.

Done this 9th day of August, 2005.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE