IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr146-A |
| | ) | |
| WILLIAM KENT SALTER | ) | |

**ORDER**

For good cause, it is

ORDERED that the evidentiary hearing on the defendant's motion to suppress presently set for 10:00 a.m. on August 10, 2005, be and is hereby CONTINUED to 10:00 a.m. on August 15, 2005 in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 10th day of August, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE