# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, MAG. JUDGE | AT | MONTGOMERY, ALABAMA |
| DATE COMMENCED: 8/15/05 | AT | 10:02 a.m. to 10:54 a.m. |
| DATE COMPLETED: 8/15/05 | AT | Digital Recorded |

UNITED STATES OF AMERICA        *
                                *
    Plaintiff                   *
                                *
VS.                             *   CASE NO.: 2:05CR146-A-CSC
                                *
WILLIAM KENT SALTER             *
                                *
    Defendant                   *

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Kent Brunson | * | Atty. Donnie Bethel |

### COURT OFFICIALS PRESENT:

**COURTROOM DEPUTY**: WANDA STINSON            **COURT REPORTER**: JAMES DICKENS

**LAW CLERK**: CORRIE LONG

( X ) OTHER PROCEEDINGS: **SUPPRESSION HEARING**

# SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

| Description | Suppression hearing - 2:05cr146-A | |
|---|---|---|
| Date | 8/15/2005 | Location: Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 10:02:49 AM | Court | Court convenes; parties present as noted and ready to proceed; Govt calls first witness; |
| 10:03:10 AM | Atty. Brunson | Calls witness officer Lance Gambrel of Montgomery Police Department; Witness is sworn and seated; Discussion of the arrest of the defendant; Discussion as to the search of the vehicle and items found; |
| 10:19:59 AM | Atty. Bethel | Cross - examination of witness; Discussion of officer's first encounter of the deft and the arrest of the defendant; Discussion of gun found in the search of vehicle; Discussion as to the time when officer ran into the deft the second time; Discussion as to the stop at Air Base Blvd.; |
| 10:27:59 AM | Court | Witness is excused; |
| 10:28:05 AM | Atty. Brunson | Have no further witnesses; |
| 10:28:08 AM | Atty. Bethel | Calls Johnny Lee Johnson Investigator w/Federal Public Defenders ; witness sworn and seated; |
| 10:30:10 AM | Court | Testimony is hearsay; Discussion as to whether the driver side door panels of vehicle are compatible; |
| 10:30:28 AM | Atty. Bethel | Response as to photographs taken; |
| 10:30:41 AM | Court | Discussion as to witness personal knowledge to make claim; |
| 10:30:52 AM | Atty. Bethel | Addresses the court as to the rule of evidence don't apply; |
| 10:30:57 AM | Court | Response; |
| 10:31:07 AM | Atty. Bethel; | Discussion as to the printout from salvage shop that demonstrates the parts to at 92-94 tempo are interchangable; |
| 10:31:18 AM | Court | Response; |
| 10:31:30 AM | Atty. Bethel | Deft will testify and look at the pictures to identify the type that was in his car; |
| 10:31:39 AM | Court | Proceed; |
| 10:31:41 AM | Attu. Bethel | Cont'd testimony; Discussion and review of Deft's Exh. #A; Moves to admit Deft's Exh. #A; |
| 10:32:04 AM | Court | Any objection?' |
| 10:32:04 AM | Atty. Brunson | NO. |
| 10:32:07 AM | Court | It's admitted; |
| 10:32:11 AM | Atty. Bethel | Cont'd testimony of witness; Discusison of photographs of car;Discussion and review of Deft's Exh. B, C, & D - photos of 1992 Tempo; Move to admit Deft's B,C, and D into evidence; |
| 10:33:36 AM | Atty. Brunson | No objections; |
| 10:33:38 AM | Court | They are admitted; |
| 10:33:43 AM | Atty. Brunson | Cross-Examintion of witness; |
| 10:34:35 AM | Court | Witness is excused; |
| 10:34:44 AM | Atty. Bethel | Calls Deft William Salter; witness is sworn and seated; Discussion and review of Defts's Exh. B, C, and D; Discussion as to incident of 8/4/04; |

| 10:44:33 AM | Atty. Brunson | Cross-examination of witness; Discussion on encounter on Hayneville Road; Discussion as to where the marijuana was in the vehicle; |
| --- | --- | --- |
| 10:48:18 AM | Atty. Bethel | Re-direct of witness; Discussion of size of marijuana; |
| 10:50:01 AM | Atty. Brunson | Re-cross examination of witness; Discussion as to where the 38 pistol was in the vehicle; |
| 10:50:23 AM | Court | Questions to the witness re: when officer took deft out of car and search of vehicle ; |
| 10:52:05 AM | Atty/ Brunson | Request to compare testimony; One question for the witness as to when officer took deft out of his car and place in patrol car; |
| 10:53:02 AM | Court | Witness is excused; |
| 10:53:13 AM | Atty. Bethel | Offers Deft's Exh. #E - Memorandum prepared by Officer Gambrel; |
| 10:53:28 AM | Court | Deft' Exh. #E is admitted; |
| 10:53:35 AM | Atty. Bethel | It establishes the timeline |
| 10:53:36 AM | Court | Explaination as to why the timeline is import?; |
| 10:53:40 AM | Atty. Bethel | Response; |
| 10:53:54 AM | Court | Do think there's any dispute that it was dark outside; Discussion that the motion to suppress stands or falls on credibility issues and probable cause to arrest him because the officers saw marijuana; |
| 10:54:36 AM | Court | Will take matters under advisement.  Court is recessed. |