IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| VS. | * | CASE NO.: 2:05CR146-A-CSC |
| WILLIAM KENT SALTER | * | |
| Defendant | * | |

## WITNESS LIST:

**GOVERNMENT**                                   **DEFENDANT**

1.   Officer Lance Gambrel                1.   Johnny Johnson, Investigator

2.                                         2.   William Kent Salter