AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__MIDDLE__   DISTRICT OF   __ALABAMA__

UNITED STATES OF AMERICA
V.
WILLIAM KENT SALTER

## DEFENDANT'S EXHIBIT LIST

Case Number: 2:05CR146-A-CSC

| PRESIDING JUDGE<br>CHARLES S. COODY | GOVERNMENT AORNEY<br>KENT BRUNSON | DEFENDANT'S ATTORNEY<br>DONNIE BETHELL |
|---|---|---|
| TRIAL DATE (S)<br>SUPPRESSION HEARING | COURT REPORTER<br>JAMES DICKENS | COURTROOM DEPUTY<br>WANDA STINSON |

| ADMITTED | DATE OFFERED | DATE IDENTIFIED | EXHIBIT NO. | WITNESS | OBJ | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|
| YES | 8/15/05 | 8/15/05 | A | JOHNNY JOHNSON | NO | Printout from Hick Parts service of Internal Parts |
| YES | 8/15/05 | 8/15/05 | B | JOHNNY JOHNSON | NO | Photo of Ford Tempo Driver side door panel |
| YES | 8/15/05 | 8/15/05 | C | JOHNNY JOHNSON | NO | Photo of inside door panel on driver side |
| YES | 8/15/05 | 8/15/05 | D | JOHNNY JOHNSON | NO | Close up Photo of inside door panel on driver side |
| YES | 8/15/05 | 8/15/05 | E | JOHNNY JOHNSON | NO | Memorandum of 8/8/04 incident prepared by Officer Gamb |

EXHIBITS ARE PLACED IN A SEPARATE ENVELOPE WITH COURT FILE