| | | | |
|---|---|---|---|
| COURTROOM DEPUTY MINUTES | DATE: 8/23/2005 | FTR RECORDING: 3:34 - 3:43 | |
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: RISA ENTREKIN | | |

☐ ARRAIGNMENT     ✓ CHANGE OF PLEA     ☐ CONSENT PLEA

☐ RULE 44(c) HEARING     ☐ SENTENCING

---

PRESIDING MAG. JUDGE: *CHARLES S. COODY*   DEPUTY CLERK: *WANDA STINSON*

CASE NUMBER: 2:05CR-146-A-CSC   DEFENDANT NAME: WILLIAM KENT SALTER

AUSA: KENT BRUNSON   DEFENDANT ATTY: DONNIE BETHEL

Type Counsel: ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (✗) CDO

USPO: TERRANCE MARSHALL

Defendant _____ does ___✓___ does NOT need and interpreter.

Interpreter present? ___✓___ NO _____ YES   Name: _____

---

This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

☐ **WAIVER OF INDICTMENT** executed and filed.

☐ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:** ☐ Not Guilty         ☐ Nol Contendere

☐ Not Guilty by reason of insanity

✓ Guilty as to:   ✓ Count(s) __1__   of the Indictment.

✓ Count(s) _____   ☐ dismissed on oral motion of USA;

☐ to be dismissed at sentencing.

✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered. ✓ Written plea agreement filed. ☐ **OPEN/ORAL** Plea Agreement.

☐ **ORDERED SEALED.**

✓ **ORAL ORDER** Adjudicating defendant guilty.

✓ **ORDER:** Defendant Continued under ✓ same Conditions/Bond imposed ; ☐ Released on Bond & Conditions of Release for:

☐ Trial on _____;   ✓ Sentencing on _____;   ✓ to be set by Separate Order

☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____;  or  ☐ Sentencing on _____   ☐ set by separate Order.