IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 2:05cr146-A |
| | ) | |
| **WILLIAM KENT SALTER** | ) | |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

**COMES NOW** the Defendant, William Kent Salter, by and through undersigned counsel, Donnie W. Bethel, and files this Motion to Modify Conditions of Pretrial Release. In support of this motion, Defendant would show the following:

1.  On July 14, 2005, William Kent Salter was placed on pretrial release. As a condition of his release, Mr. Salter was placed on home detention with electronic monitoring. The conditions of this home detention requires Mr. Salter to remain at home except for employment, education or religious services.

2.  On August 23, 2005, Mr. Salter entered a plea of guilty to the only Count charged in the Indictment. Also on that date this Court entered orders accepting Mr. Salter's guilty plea and approving his continued release under the same conditions that this Court imposed on July 14, 2005. The Defendant requests that the conditions of home detention be amended as follows: that Mr. Salter be allowed to leave his home for an additional eight hours each week to place his personal affairs in order and to visit with his daughter in Prattville, AL, before he is sentenced pursuant to his guilty plea.

3.  Senior United States Probation Officer Bernard Ross has supervised Mr. Salter from the beginning of Mr. Salter's pretrial supervision until the present. Mr. Ross agrees that Mr. Salter has

complied with all the terms of his pretrial release from July 14, 2005, until the present. Mr. Ross supports a modification of the conditions of Mr. Salter's pretrial release so that Mr. Salter would be allowed to leave his home for an additional four hours per week, but, at this time, Mr. Ross does not support a modification that would allow Mr. Salter to leave his home for an additional eight hours per week. Nonetheless, Mr. Salter contends that the eight hours per week that he requests is reasonable in light of his exemplary record over the seven weeks that he has been supervised while on pretrial release.

**WHEREFORE**, the Defendant prays his conditions of pretrial release be modified as outlined above.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | 2:05cr146-A |
| | ) | |
| **WILLIAM KENT SALTER** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49