IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR146-A |
| | ) | |
| WILLIAM KENT SALTER | ) | |

### **ORDER**

Upon consideration of the motion to modify conditions of release (doc. # 26) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED to the extent that as approved by his supervising officer, the defendant may leave his home for an additional four (4) hours per week.

Done this 30th day of August, 2005.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE