IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:05cr146-A |
| WILLIAM KENT SALTER ) | |

## **ORDER**

Due to a conflict which has arisen in the court's schedule, the sentencing of this Defendant, previously scheduled for December 2, 2005, at 9:00 a.m., is RESCHEDULED for December 2, 2005, at **2:00 p.m.**

DONE this 12th day of October, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE