# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| DATE COMMENCED: | December 2, 2005 | AT: | 2:19 p.m. |
|---|---|---|---|
| DATE COMPLETED: | December 2, 2005 | AT: | 2:47 p.m. |

UNITED STATES OF AMERICA )
)
vs. )   CR. No. 2:05cr146-A
)
WILLIAM KENT SALTER )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Kent Brunson | Donnie Bethel |

COURT OFFICIALS PRESENT

Risa Entrekin, Court Reporter
Elna Behrman, Courtroom Deputy
Terrence Marshall, USPO
Lisa Harden, Law Clerk

## COURTROOM PROCEEDINGS

(X)   SENTENCING

Defendant and counsel have reviewed the presentence report and have no objections with the exception of requesting that in ¶ 20 "her" be changed to "him" - Probation Officer will make the necessary change.
Court adopts the factual statements of the presentence report.
Defendant's counsel presents testimony as to character of Defendant.
Defendant's counsel argues for sentencing at lower end of guidelines range.
Sentence is stated.
No objection.
Sentence is imposed as stated.
Court orally GRANTS Government's Motion for Reduction in Criminal Offense Level (Doc. #30).
Defendant is advised of his right to appeal.
Defendant is released and continued under the same terms and conditions imposed by the Magistrate Judge on July 14, 2005.