IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 2:05cr146-A |
| | ) | |
| WILLIAM KENT SALTER | ) | |

## WITNESS LIST

<u>GOVERNMENT</u>                                                         <u>DEFENDANT</u>

John Ralph Boles, Sr.
John Ralph Boles, Jr.