IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:05cr146-A |
| WILLIAM KENT SALTER ) | |

**ORDER**

The Defendant having entered a guilty plea pursuant to a plea agreement, and the Defendant now having been sentenced, it is hereby

ORDERED that the Report and Recommendation entered by the Magistrate Judge on August 17, 2005 is ADOPTED, and Defendant's Motion to Suppress (Doc. #13) is DENIED.

DONE this 8th day of December, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE