Judgment — Page __2__ of __6__

DEFENDANT:          WILLIAM KENT SALTER
CASE NUMBER:        2:05cr146-A

**RECEIVED**
2006 FEB -6 P 2: 54
U.S. MARSHALS SERVICE
MIDDLE ALABAMA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**57 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

as notified by the United States Marshal.

**X** The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X   before 2 p.m. on  **January 13, 2006**.

☐   as notified by the United States Marshal.

☐   as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

**FEB - 9 2006**

**RETURN**

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

I have executed this judgment as follows:

Defendant ~~delivered~~ v/s on __01/13/06__ to __FCC Yazoo City, MS__

at __Yazoo City, MS__, with a certified copy of this judgment.

For: Constance Reese, Warden
UNITED STATES MARSHAL

By __Robert C. Jennings, DUSM__
DEPUTY UNITED STATES MARSHAL